Phyllis SANDERS, Plaintiff-Appellant,

v.

THRALL CAR MANUFACTURING
COMPANY, et al.,
Defendants-Appellees.

No. 920, Docket 83–7888.

United States Court of Appeals,
Second Circuit.

Argued March 19, 1984.

Decided March 28, 1984.

Avrom S. Fisher, Brooklyn, N.Y., for plaintiff-appellant.

Lewis A. Kaplan, New York City (Harriet L. Goldberg, Paul, Weiss, Rifkind, Wharton & Garrison, Jack C. Auspitz, Charles S. Barquist, Parker Auspitz Neeseman & Delehanty P.C., New York City, on brief), for defendants-appellees.

Before MANSFIELD, NEWMAN and PRATT, Circuit Judges.

PER CURIAM:

The judgment of the District Court is affirmed on the well-reasoned opinion of District Judge Charles S. Haight, Jr., *Sanders v. Thrall Car Manufacturing Co.*, 582 F.Supp. 945 (S.D.N.Y.1983).